to follow his opinion in exercising its discretion, it is the function of this court to render a definitive ruling on the meaning of the School Code.

■■ As was mentioned above, a reading of the applicable statutory provisions indicates that kindergarten is intended to be for children between 4 and 6 years of age and that attendance is mandatory for a child younger than 7 only if that child is enrolled in grades 1 through 12; therefore, although kindergarten must be established by the school board, it is not mandatory that children attend kindergarten. In addition, the law requires that a school board establish free schools each year during a school term of at least the minimum length for all persons over the age of 6 and under 12 years. (Ill. Rev. Stat. 1973, ch. 122, § 10—20.12.) Since Angela is 6 years old and the Trico school district only conducts kindergarten for half-day sessions, her retention in kindergarten would mean that she would not attend a school term of the minimum length of 185 days. Furthermore, section 10—20.12 requires that the school board secure for all persons in the district the right and opportunity for an equal education. Since children who attend the Trico school system kindergarten must pass the "readiness test" to move to first grade, but 7-year-olds who move into the Trico system are automatically registered in first grade without being tested, the children in the Trico district are being denied an opportunity for an equal education and equal protection of the law.

For the foregoing reasons the judgment is affirmed.

Judgment affirmed.

CREBS and CARTER, JJ., concur.

---

VICTORIAN INNS, INC., Plaintiff-Appellant, *v.* JOHN R. BENDA, d/b/a TOWN & COUNTRY MOTEL, Defendant-Appellee.

(No. 74-45; ▮▮▮▮▮▮▮▮)

Fifth District—September 12, 1974.

Edgar J. McLaughlin, of Cape Girardeau, Missouri, for appellant.

Lansden & Lansden, of Cairo, for appellee.

Moss-American, Inc., Plaintiff-Appellee, *v.* The Illinois Fair Employment Practices Commission *et al.,* Defendants-Appellants.

(No. 73-149;

Fifth District—September 24, 1974.